

**SO ORDERED.**

**SIGNED this 29 day of November, 2007.**

_____
**JAMES D. WALKER, JR.**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 07-10787-JDW |
| CHAD VINCENT COX and | ) | |
| DENISE LYNETTE COX, | ) | |
| | ) | |
| DEBTORS. | ) | |

**ORDER**

In accordance with the Memorandum Opinion entered on this date, the Court hereby DENIES the motion of Debtors to exempt Chad Vincent Cox from the financial management course requirement.

END OF DOCUMENT